UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABDULLAH Y. SALAHUDDIN,

               Plaintiff,

    -against-

ROBERT DENNISON, Chairman;
GEORGE C. JOHNSON, Commissioner;
W. WILLIAM SMITH, JR., Commissioner;
G. KEVIN LUDLOW, Commissioner;
NEW YORK STATE DIVISION OF PAROLE,

               Defendants.
-----------------------------------------------------------x

**CIVIL JUDGMENT**

05-CV-4772 (JG)

Pursuant to the memorandum and order issued \_\_\_\_11-4\_\_\_\_, 2005, by the Honorable John Gleeson, United States District Judge, dismissing Salahuddin's complaint in the above-entitled action pursuant to 42 U.S.C. § 1915A, it is

**ORDERED, ADJUDGED AND DECREED**: That the above-entitled action is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal.

                                     s/John Gleeson
                                     JOHN GLEESON, U.S.D.J.

Dated:   11-4, 2005
         Brooklyn, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.